**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| INTEGRATED GLOBAL CONCEPTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07 CV 3494 |
| | ) | |
| v. | ) | Judge Lindberg |
| | ) | |
| j2 GLOBAL COMMUNICATIONS, INC., CATCH CURVE, INC., RICHARD RESSLER, MICHAEL WILLIAM McLAUGHLIN, IP INVESTMENTS GROUP, RYAN STRONG, AUDIOFAX, INC., AUDIOFAX IP LLC, MARK BLOOMFIELD, DAVID A. KENNEDY, NEHEMIA ZUCKER, R. SCOTT TURICCHI, STEVEN J. HAMERSLAG, IPAC LLC, KEVIN SHULTZ, AND FTI CONSULTING, INC., | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Keys<br><br><br><br>**JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT CRA INTERNATIONAL**

Integrated Global Concepts, Inc. ("*IGC*"), by its attorneys, without prejudice, herewith dismisses under Rule 41(a)(1) the Catch Curve, Inc. defendant from the case, Catch Curve, Inc. having not as yet filed an Answer or Motion for Summary Judgment in the case. Each party shall bear its own costs and attorney fees.

                                                      Respectfully submitted,
                                                      INTEGRATED GLOBAL CONCEPTS, INC.

Dated: September 28, 2007              By:      /s/ Robert J. Schneider
                                                                   One of Its Attorneys

Robert J. Schneider
John R. Crossan
James P. Sullivan
CHAPMAN AND CUTLER LLP
111 W. Monroe St., #1700
Chicago, IL 60603
312-845-3919

CERTIFICATE OF SERVICE

A true copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT Catch Curve, Inc. is being filed electronically with the Clerk of the Court using the CM/ECF system on this 28th day of September, 2007, and is therefore being automatically served on counsel for each of the defendants in the case via e-mail through that system, to each of the following, whose e-mail addresses are of record:

| | |
|---|---|
| Jeffrey P. Dunning<br>Herbert H. Finn<br>Wendi E. Sloane<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, Illinois 60601 | Robert A. Sacks<br>Brian R. England<br>Edward E. Johnson<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, California 90067 |
| Jennifer Moore<br>GREENBERG TRAURIG, LLP<br>The Forum<br>3290 Northside Parkway Suite 400<br>Atlanta, Georgia 30152 | William B. Berndt<br>Paula E. Litt<br>William B. Berndt<br>SCHOPF & WEISS LLP<br>One South Wacker Drive, 28th Floor<br>Chicago, Illinois |
| Stephen D. Libowsky<br>HOWREY LLP<br>321 North Clark Street, Suite 3400<br>Chicago, Illinois 60610<br>Facsimile: (312) 264-0372 | |

             /s/ Robert J. Schneider
            One of the Attorneys for Plaintiff