IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTEGRATED GLOBAL CONCEPTS, INC., Plaintiff, v. j2 GLOBAL COMMUNICATIONS, INC., RICHARD RESSLER, MICHAEL WILLIAM McLAUGHLIN, IP INVESTMENTS GROUP, RYAN STRONG, AUDIOFAX, INC., AUDIOFAX IP LLC, MARK BLOOMFIELD, DAVID A. KENNEDY, NEHEMIA ZUCKER, R. SCOTT TURICCHI, STEVEN J. HAMERSLAG, IPAC LLC, KEVIN SHULTZ, and FTI CONSULTING, INC., Defendants. | ) | Civil Action No. 07 CV 3494<br>Judge Lindberg<br>Magistrate Judge Keys |

**STIPULATION FOR STAY OF THE ACTION**

Integrated Global Concepts, Inc. (*"IGC"*), by its attorneys, and each of the Defendants, by their attorneys, herewith agree and stipulate that further activities in this action may and should be stayed pending proceedings in the Atlanta case, Catch Curve v. IGC and MTI, no. 1:06-CV-02199-CC, in the Northern District of Georgia. Filings due and other proceedings on the motions presently set for briefing and hearing and all other motions filed by Defendants herein are stayed pending motion of any party or notice issued *sua sponte* by the Court for a status hearing or for reopening proceedings herein. The parties shall advise the Court promptly of any resolution of the Atlanta case. The parties expressly reserve all rights and defenses raised in connection with this action.

Hon. George W. Lindberg, Judge
United States District Court

Stipulation For Stay.doc
1717149/JPS

Respectfully submitted,

INTEGRATED GLOBAL CONCEPTS, INC.

Dated: October 29, 2007

By: /s/ Robert J. Schneider
One of Its Attorneys

Robert J. Schneider
John R. Crossan
James P. Sullivan
CHAPMAN AND CUTLER LLP
111 W. Monroe St., #1700
Chicago, IL 60603
312-845-3919
rschneid@chapman.com

J2 GLOBAL COMMUNICATIONS, INC., RICHARD RESSLER, MICHAEL MCLAUGHLIN, IP INVESTMENTS GROUP LLC, RYAN STRONG, NEHEMIA ZUCKER, AND R. SCOTT TURICCHI

By: /s/ William B. Berndt
One of their Attorneys

William B. Berndt
Paula E. Litt
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Telephone: (312) 701-9300
Facsimile: (312) 701-9335

Robert A. Sacks
Brian R. England
Edward E. Johnson
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

DAVID A. KENNEDY AND IPAC LLC

By: : /s/ Jeffery P. Dunning
One of Their Attorneys

Herbert H. Finn
Jeffrey P. Dunning
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 456-6612
Facsimile: (312) 456-8435

Mark Trigg
Jennifer B. Moore
GREENBERG TRAURIG, LLP
The Forum
3290 Northside Parkway Suite 400
Atlanta, Georgia 30152
Telephone: (678) 553-7324
Facsimile: (678) 553-7325

FTI CONSULTING, INC., AND KEVIN SHULTZ

By: /s/ Stephen D. Libowsky
Stephen D. Libowsky (Attorney No. 6187081)
Shahid U. Haque (Attorney No. 6286336)
HOWREY LLP
321 North Clark Street, Suite 3400
Chicago, Illinois 60610
Telephone: (312) 595-2252
Facsimile: (312) 595-2250
LibowskyS@howrey.com