**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Integrated Global Concepts, Inc.
                                    Plaintiff,

v.                                                     Case No.: 1:07−cv−03494
                                                     Honorable George W. Lindberg

j2 Global Communications, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge George W. Lindberg :Status hearing held on 1/30/2008. For the reasons stated in open court, this action is dismissed with leave to reinstate on or before 12/31/2008. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.